UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No. 17-CR-50

STEVEN G. O'CONNELL, PETER J. MARK,
CHRISTY L. MCNAMEE, GREDE, LLC and
GREDE II, LLC (aka GREDE WISCONSIN
SUBSIDIARIES, LLC),

    Defendants.

## ORDER

Pursuant to the request of counsel for Defendant Peter J. Mark, the conditions of Mark's release are hereby clarified, subject to reconsideration in the event the Government objects, to allow ordinary contact with the potential government witnesses with whom he works, as needed, within the scope of his ongoing employment. It is understood that Mark will avoid any discussion of all matters relating to his pending criminal case.

**SO ORDERED** in Green Bay, Wisconsin, this  31st  day of May, 2017.

                                                          BY THE COURT:

                                                          s/ William C. Griesbach
                                                          William C. Griesbach, Chief Judge
                                                          United States District Court.